James David FAIRCLOTH, Sr.,
Plaintiff—Appellant,

v.

R.C. LEE, Warden; Associate Warden
McCabe; Captain Wilman; Captain
Signal; Captain Kennedy; Sergeant
Strickland; Sergeant Burrough; Offi-
cer Ellis; Officer Harris; Officer
Page; Officer Nickles; Officer
Williams, Defendants—Appellees.

No. 06–7987.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 27, 2007.

Decided: May 18, 2007.

James David Faircloth, Sr., Appellant
pro se. Elizabeth F. Parsons, Joseph Ed-
ward Elder, North Carolina Department
of Justice, Raleigh, North Carolina, for
Appellees.

Before WILLIAMS, KING, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

James David Faircloth, Sr., appeals the
district court's order denying relief on his
42 U.S.C. § 1983 (2000) complaint. We
have reviewed the record and find no re-
versible error. Accordingly, we affirm for
the reasons stated by the district court.
*Faircloth v. Lee,* No. 5:04–ct–00608–FL
(E.D.N.C. Nov. 22, 2006). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*